IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JUANITA JEAN DICKERSON,

    Movant,

v.                               Civil Action No. 3:09-0933
                                 (Criminal Action No. 3:04-00083-02)

UNITED STATES OF AMERICA,

    Respondent.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that Movant's Application Under 28 U.S.C. § 2241 for Writ of Habeas Corpus by a Person in State of Federal Custody be denied; and this civil action be dismissed, with prejudice, and removed from the docket of this Court. Neither party has filed objections to the Magistrate Judge's findings and recommendation.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **ORDERS** that Movant's Application Under 28 U.S.C. § 2241 for Writ of Habeas Corpus by a Person in State of Federal Custody be **DENIED**; and this civil action be **DISMISSED**, **with prejudice**, and removed from the docket of this Court, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

       ENTER:       August 9, 2011

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE